# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154776(51)

VANESSA OZIMEK,
   Plaintiff-Appellant,

v

SC: 154776
COA: 331726
Wayne CC: 13-109046-DC

LEE J. RODGERS,
   Defendant-Appellee.

_____/

   On order of the Chief Justice, the joint motion of the Michigan Coalition of Family Law Appellate Attorneys and the Legal Services Association of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 7, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk